# MEMORANDUM DECISIONS.

AUGUSTINE v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. October 28, 1918.) No. 5305. In Error to the District Court of the United States for the District of Nebraska. Frank M. Tyrrell and J. H. Walker, both of Lincoln, Neb., for plaintiff in error. T. S. Allen, U. S. Atty., of Lincoln, Neb.

PER CURIAM. Cause docketed, and writ of error dismissed, on motion of defendant in error, under rule 16 (188 Fed. xi, 109 C. C. A. xi) without costs to either party in this court.

BILBY v. BRIGHAM. (Circuit Court of Appeals, Eighth Circuit. May 6, 1918.) No. 4943. Appeal from the District Court of the United States for the Eastern District of Oklahoma. W. O. Rittenhouse and H. M. Brown, both of Wagoner, Okl., for appellant. David A. Kline, of Muskogee, Okl., for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, for failure of appellant to file brief.